Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
JIMMIE L. EVANS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE L. EVANS | Case No.: 2:13-cv-01396-CMK |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include March 17, 2014, in which to file Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the July 19, 2013 Case Management Order shall be extended accordingly.  IT IS SO ORDERED.

Respectfully submitted,

Dated:  March 6, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

-1-